IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT LEE BANKS, | ) | |
| | ) | Civil No. 06-1441-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JEAN HILL, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that the parties' JOINT MOTION TO DISMISS [31-1] is GRANTED.

Dated this 13th day of November, 2007.

by _____
Anna J. Brown
United States District Judge